IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

BRANDON P. SMITH                                                           PETITIONER

V.                                                    NO. 4:19-CV-00122-DMB-JMV

STATE OF MISSISSIPPI                                          RESPONDENT

## ORDER

Upon consideration of the petition in the above-entitled action, it is **ORDERED**:

1. That the petitioner's motion to proceed *in forma pauperis* is **GRANTED**.

2. No later than November 27, 2019, the respondent, through the Attorney General of the State of Mississippi, must file a response to this petition, along with full transcripts of all proceedings in the state courts of Mississippi arising from the petitioner's conviction of possession of a firearm by a convicted felon in the Circuit Court of Leake County, Mississippi (to the extent such transcripts are relevant to the State's response).

3. Within fourteen (14) days of service upon him of a copy of the respondent's answer, the petitioner may file his reply to the allegations contained in the answer.

4. The Clerk of Court will serve by email (Return Receipt, High Importance) a copy of the petition, this order, acknowledgment of service of process form, and any other initial filings, upon Jim Hood, Attorney General of the State of Mississippi, or his lawful successor, to Assistant Attorneys General Jerrolyn Owens and Bridgette Grant. The respondent must electronically file the completed acknowledgment of service of process form upon receipt.

Petitioner is warned that failure to keep this court informed of his current address could also lead to dismissal of his lawsuit.

This, the 18th day of September, 2019.

                                                               s/ Jane M. Virden
                                                                JANE M. VIRDEN
                                                                UNITED STATES MAGISTRATE JUDGE