# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**BRANDON P. SMITH**                                                **PETITIONER**

**V.**                                                              **NO. 4:19-CV-122-DMB-JMV**

**STATE OF MISSISSIPPI, et al.**                                         **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the Order entered this day, Brandon Smith's petition for a writ of habeas corpus is **DISMISSED with prejudice**.

**SO ORDERED**, this 6th day of December, 2019.

                                                       **/s/Debra M. Brown**
                                                       **UNITED STATES DISTRICT JUDGE**